DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEREMY S. KROGER, Bar #258956
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JESUS ARIAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.  6:10-mj-00166 MJS |
| ) | |
| *Plaintiff,* ) | STIPULATION TO CONTINUE STATUS |
| ) | CONFERENCE AND ORDER THEREON |
| v. ) | |
| ) | Date:   November 2, 2010 |
| JESUS ARIAS, ) | Time:   10:00 a.m. |
| ) | Judge:  Hon. Michael J. Seng |
| *Defendant.* ) | |
| ) | |

IT IS HEREBY STIPULATED by and between SUSAN ST. VINCENT, Acting Legal Officer for the National Park Service, and Defendant, JESUS ARIAS, and his attorney of record, JEREMY S. KROGER, that the Status Conference in the above-captioned matter currently scheduled for October 19, 2010, be continued until November 2, 2010, at 10:00 a.m.

This continuance is requested to allow time for further negotiations between the parties.

///
///
///
///
///
///

| | |
|---|---|
| DATED: October 18, 2010 | By: /s/ Susan St. James<br>SUSAN ST. JAMES |
| | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: October 18, 2010 | By: /s/ Jeremy S. Kroger<br>JEREMY S. KROGER<br>Assistant Federal Defender<br>Attorney for Defendant<br>JESUS ARIAS |

\* \* \* ORDER \* \* \*

The Court, having reviewed the above request for a continuance of the October 19, 2010 status conference currently until November 2, 2010, HEREBY ORDERS AS FOLLOWS:

1) The status conference in the matter of *U.S. v. Jesus Arias*, shall be continued to November 2, 2010, at 10:00 a.m., at the Yosemite Court.

IT IS SO ORDERED.

Dated:   October 20, 2010        /s/ *Michael J. Seng*
                                  UNITED STATES MAGISTRATE JUDGE